DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALLYN WHITE,**
Appellant,

v.

**FANNIE MAE,**
Appellee.

No. 4D18-3516

[October 22, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Florence Taylor Barner, Judge; L.T. Case No. CACE11-017649.

Kenneth Eric Trent of Kenneth Eric Trent, P.A., Fort Lauderdale, for appellant.

Sara F. Holladay-Tobias, Emily Y. Rottmann, and Kathleen D. Kilbride of McGuireWoods, LLP, Jacksonville, and Kathleen E. Angione of Kahane & Associates, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***